# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-21-00623-CV

---

**In re Guadalupe Padilla**

---

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

## M E M O R A N D U M   O P I N I O N

Relator Guadalupe Padilla, an inmate in the Texas Department of Criminal Justice, filed a pro se petition for writ of mandamus. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52.1. Padilla's petition requests issuance of a writ of mandamus directed to the Travis County District Clerk.

However, as an intermediate appellate court, we may issue writs of mandamus only against a district judge or county judge sitting in our district, or to enforce our jurisdiction. *See* Tex. Gov't Code § 22.221. We lack jurisdiction to issue a writ of mandamus against a district clerk unless doing so is necessary to enforce our jurisdiction. *See id.*; *In re Washington*, 7 S.W.3d 181, 182 (Tex. App.—Houston [1st Dist.] 1999, orig. proceeding); *In re Simpson*, 997 S.W.2d 939, 939 (Tex. App.—Waco 1999, orig. proceeding); *In re Strickhausen*, 994 S.W.2d 936, 936 (Tex. App.—Houston [1st Dist.] 1999, orig. proceeding). Here, Padilla failed to demonstrate that the exercise of our writ power is necessary to enforce our jurisdiction.

Accordingly, the mandamus petition is dismissed for want of jurisdiction.

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Triana and Kelly

Filed:  December 8, 2021